**Tommy SMITH, Plaintiff–Appellant,**

v.

**COMMERCE CLUB, INC., Defendant–Appellee.**

No. 01–55168.

D.C. No. CV–00–10956–DT.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2001.*

Decided Jan. 2, 2002.

Before SCHROEDER, Chief Judge, TROTT and PAEZ, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Tommy Smith appeals from the district court's order dismissing his civil rights complaint alleging that the defendant discriminated against him based on his race. We have jurisdiction pursuant to 28 U .S.C. § 1291, and we affirm.

We review de novo a district court's dismissal based on res judicata. *W. Radio Servs. Co. v. Glickman*, 123 F.3d 1189, 1192 (9th Cir.1997).

The district court correctly concluded that Smith's federal claims against Commerce Club are precluded based on the doctrine of res judicata. *See Mir v. Little Co. of Mary Hosp.*, 844 F.2d 646, 651 (9th Cir.1988); *San Francisco Lathing, Inc. v. Superior Court*, 271 Cal.App.2d 78, 76 Cal. Rptr. 304, 307 (Cal.Ct.App.1969) (holding that a dismissal for lack of prosecution is a final judgment).

Smith's remaining contentions lack merit.

Smith's request for judicial notice is denied.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

